## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Carina Ortega

                       Plaintiff,

v.                                                     Case No.: 1:20−cv−06616
                                                           Honorable Robert M. Dow Jr.

Eli Lilly and Company

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 27, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of dismissal [29] filed on 1/26/2022, this action is dismissed with prejudice, with each side to bear its own costs and fees, except as otherwise agreed upon, pursuant to the settlement agreement. Telephone conference set for 1/31/2022 is stricken. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.